IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| MIGUEL A. SUAREZ, #M-22336, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) | No.   15-637 |
| HARRINGTON, et. al., | ) ) ) | |
| Defendants. | ) | |

## MOTION FOR SUMMARY JUDGMENT ON THE ISSUE OF EXHAUSTION

NOW COMES defendant, RICHARD HARRINGTON, by his attorney, Lisa Madigan, Attorney General of the State of Illinois, and, pursuant to Rule 56 of the Federal Rules of Civil Procedure and 42 U.S.C. §1997e(a), moves this honorable Court to dismiss plaintiff's remaining claim for failing to exhaust his administrative remedies.

In support thereof, it is stated:

1. This Court has dismissed plaintiff's claims against defendants Veath and Johnson, although plaintiff has filed a motion to reconsider.

2. The only currently pending claim is against defendant Harrington and alleges that plaintiff was exposed to conditions of confinement in his segregation cell that constituted cruel and unusual punishment.

3. Plaintiff did not exhaust his administrative remedies before bringing this action as required by the Prison Litigation Reform Act.   42 U.S.C. §1997e(a).

4. Plaintiff's complaint against defendant Harrington should be dismissed.

WHEREFORE, defendant hereby prays this Honorable Court dismiss plaintiff's complaint.

                              RICHARD HARRINGTON,

                                  Defendant,

                              LISA MADIGAN, Attorney General,
                              State of Illinois,

                                  Attorney for Defendant,

                              BY:/s/Terence J. Corrigan
                                  Terence J. Corrigan, #6191237
                                  Assistant Attorney General
                                  500 South Second Street
                                  Springfield, IL 62706
                                  Telephone: 217/782-5819
                                  Facsimile: 217/524-5091
                                  E-mail: tcorrigan@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | |
|---|---|
| MIGUEL A. SUAREZ, #M-22336, | ) |
| Plaintiff, | ) |
| -vs- | ) No.   15-637 |
| HARRINGTON, et. al., | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 17, 2017, I presented the foregoing *Motion for Summary Judgment on the Issue of Exhaustion* to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: None

and I hereby certify that on May 17, 2017, I have mailed by United States Postal Service, the document to the following non-registered participant:

Miguel A. Suarez, M-22336
Pinckneyville Correctional Center
5835 State Route 154
P.O. Box 999
Pinckneyville, IL 62274

/s/Terence J. Corrigan
Terence J. Corrigan
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: 217/782-5819
Facsimile: 217/524-5091
E-mail: tcorrigan@atg.state.il.us

3