| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | *Suarez v. Harrington, et al.* |
| | ) ss. | No. 15-637 |
| COUNTY OF SANGAMON | ) | |

## AFFIDAVIT

Affiant, Dave White, duly sworn upon her oath, does depose and state as follows:

1. I am employed by the Illinois Department of Corrections, and serve as a member of the Administrative Review Board.

2. I have reviewed the records for all grievances by inmate Miguel Suarez M22336 handled by the Administrative Review Board for the period from June 13, 2013 to the present.

3. Attached as Exhibit C are the Administrative Review Board records pertaining to inmate Miguel Suarez from June 13, 2013 to the present.

4. Inmate Suarez did not appeal any grievance related to the conditions in the segregation unit at the Menard Correctional Center to the Administrative Review Board from June 13, 2013 to the present.

5. I have read the foregoing paragraphs; am competent to testify; and if called, would so testify.

FURTHER AFFIANT SAYETH NOT.

/s/ Dave White
DAVE WHITE

Subscribed and sworn to before me
this 17 day of May, 2017.

/s/ Sarah Johnson
Notary Public

OFFICIAL SEAL
SARAH L JOHNSON
Notary Public - State of Illinois
My Commission Expires Apr 17, 2019

Exhibit 1